UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM STEPHEN LUSH, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 24-0287 (UNA) |
| ) | |
| CHRISTOPHER A. WRAY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is hereby

ORDERED that plaintiff's motion to dismiss [5] is GRANTED; it is further

ORDERED that plaintiff's application to proceed *in forma pauperis* [2] is DENIED WITHOUT PREJUDICE as moot; and it is further

ORDERED that the complaint and this civil action are DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

DATE: February 12, 2025

/s/
RUDOLPH CONTRERAS
United States District Judge